**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**SAYED FAHIM AHMADI #A246-563-026**      **CASE NO.  1:26-CV-00620 SEC P**

**VERSUS**                                                          **JUDGE TERRY A. DOUGHTY**

**MELLISSA HARPER ET AL**                         **MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 8], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that *pro se* Petitioner Sayed Fahim Ahmadi's Original and Amended Petitions for Writ of Habeas Corpus [Doc. Nos. 1, 5] are **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 21st day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE